IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CV-104-D

| | |
|---|---|
| JONES AMANIAMPONG, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| KIRSTJEN M. NIELSON, ) | |
| U.S. Department of ) | |
| Homeland Security, et al. ) | |
| ) | |
| Defendants. ) | |

Upon consideration of the Defendants' Motion for Abeyance,

IT IS HEREBY ORDERED, that Defendants' Motion is GRANTED;

IT IS FURTHER ORDERED that this case is held in abeyance for 90 days from the date of this order or until Defendants file a separate motion to dismiss the Complaint for mootness, whichever event occurs first.

SO ORDERED. This **20** day of June, 2019.

JAMES C. DEVER III
United States District Judge