IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:19-CV-00104-D

| | | |
|---|---|---|
| JONES AMANIAMPONG and<br>NANA ANTWI BOASIAKO, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | ORDER |
| KEVIN K. MCALEENAN, Acting<br>Secretary, Department of Homeland<br>Security, et al., | )<br>)<br>)<br>) | |
| Defendants. | ) | |

Upon consideration of the Defendants' Motion to Continue the Abeyance,

IT IS HEREBY ORDERED, that Defendants' Motion is GRANTED;

IT IS FURTHER ORDERED that this case is held in abeyance for an additional 90 days from the date of this order or until Defendants file a separate motion to dismiss the Complaint for mootness, whichever event occurs first.

So ORDERED THIS __19__ day of September, 2019.

JAMES C. DEVER III
United States District Judge