IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CV-104-D

JONES AMANIAMPONG, and )
NANA ANTWI BOASIAKO, )
)
        Plaintiffs, )
)
v. ) **ORDER**
)
CHAD H. WOLF, Acting Secretary, )
Department of Homeland Security, et al., )
)
        Defendants. )

On March 14, 2019, Jones Amaniampong and Nana Antwi Boasiako ("plaintiffs") filed a complaint seeking injunctive relief ordering defendant Department of Homeland Security to adjudicate Boasiako's application to adjust status [D.E. 1]. On December 11, 2019, defendant Department of Homeland Security denied the requested relief. See [D.E. 14-1]. On December 18, 2019, defendants moved to dismiss the complaint as moot [D.E. 13] and filed a memorandum in support [D.E. 14]. Plaintiffs did not respond.

In light of the record and governing law, the court GRANTS defendants' motion [D.E. 13] and DISMISSES the complaint as moot.

SO ORDERED. This 1 day of April 2020.

                                                JAMES C. DEVER III
                                              United States District Judge