UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JONES AMANIAMPONG and NANA ANTWI BOASIAKO, | ) ) ) |
| Plaintiffs, | ) ) |
| | ) **JUDGMENT IN A** |
| | ) **CIVIL CASE** |
| v. | ) **CASE NO. 5:19-CV-104-D** |
| | ) |
| CHAD F. WOLF, LEE FRANCIS CISSNA, JEFFREY SAPKO, CHRISTOPHER WRAY, and WILLIAM BARR | ) ) ) ) |
| Defendants. | ) ) |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that in light of the record and governing law, the court GRANTS defendants' motion [D.E. 13] and DISMISSES the complaint as moot.

**This Judgment Filed and Entered on April 2, 2020, and Copies To:**

| | |
|---|---|
| Jones Amaniampong | (Sent to 4320 Grandiflora Lane Apt. 102 Raleigh, NC 27604 via US Mail) |
| Nana Antwi Boasiako | (Sent to 4320 Grandiflora Lane Apt. 102 Raleigh, NC 27604 via US Mail) |
| Lori B. Warlick | (via CM/ECF electronic notification) |

DATE:  
April 2, 2020

PETER A. MOORE, JR., CLERK  
(By) /s/ Nicole Sellers  
Deputy Clerk